IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANNIE R. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0041 |
| | ) | Judge Trauger |
| NITA WRIGHT, HENRY WRIGHT, and | ) | Magistrate Judge Brown |
| GERALD WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 17, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a cause of action.

It is so **ORDERED.**

Enter this 7th day of March 2012.

ALETA A. TRAUGER
U.S. District Judge